1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00188-GW-3 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |
| ARTIOM ALABILIKIAN, | |
| Defendant. | |

18
19

On arrest warrant issued by a United States District Court involving alleged

20

violations of conditions of probation or Supervised Release,

21

The Court finds no condition or combination of conditions that will

22

reasonably assure:

23
24

☒   the appearance of defendant as required; and/or

☐   the safety of any person or the community.

25
26

//

27

//

28

//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on: instant allegations.

☐ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on:

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 6/28/2021

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE