# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 16-188-GW |
| | ) | |
| Plaintiff, | ) | **AMENDED** JUDGMENT REVOKING AND REINSTATING SUPERVISED RELEASE AND COMMITMENT ORDER |
| v. | ) | |
| 3. ARTIOM ALABILIKIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 29, 2021 and August 26, 2021, attorney for the Government, Chrstine Ro, U.S. Probation Officer Alan Barahona and the Defendant appeared by video teleconference with appointed counsel, Robert M. Bernstein, DFPD; and the Defendant, after having been advised of the six-count allegations contained in the Petition on Probation and Supervised Release filed June 22, 2021, admitted to the truthfulness of all six allegations.

Whereas, the Defendant has admitted that he violated the conditions of Supervised Release Orders imposed on July 13, 2017, the Court finds the Defendant in violation of his Supervised Release order.

//

IT IS THE JUDGMENT OF THE COURT, that Defendant's period of supervised released is revoked and reinstated, and Defendant is sentenced to the custody of the Bureau of Prisons, to be imprisoned for a term of TIME SERVED.

Defendant is placed on supervised release for twenty-five (25) months *as to Count 1, 5, 7, 8, and 9, to run concurrently*, under the same terms and conditions as previously imposed, and with the added conditions: (1) Defendant is to be released forthwith from the Santa Ana Jail to his fiancé Lusine Gevorkyan for transfer to residential drug treatment program; (2) Defendant shall reside for a minimum of 90 days, participate in and successfully complete the residential drug treatment and counseling program at God's Army Wellness which has been approved by the U.S. Probation Office, that includes testing to determine whether Defendant has reverted to the use of drugs or alcohol; and the Defendant shall observe the rules of that facility; and (3) The Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Amended General Order 20-04.

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

DATE: August 26, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

FILED:
KIRY K. GRAY, CLERK

by Javier Gonzalez
    Deputy Clerk